AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Nathan Marquis LeBaron

JUDGMENT IN A CIVIL CASE

v.

Schmidt, et al

CASE NUMBER: CV-08-006-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Before the Court is Plaintiffs "Motion to Annul Order" which the court liberally construes as a Motion for Reconsideration (Ct. Rec. 13). Due to a clerical error, Plaintiffs Inmate Transaction Report, received on May 20, 2008, was not separately filed, See Ct. Rec. 8. Therefore, IT IS ORDERED Plaintiffs Motion (Ct. Rec. 13) is GRANTED.  Although Plaintiff has complied with the procedural requirements of the in forma pauperis statute, the court finds it lacks jurisdiction to consider Plaintiffs First Amended Complaint. IT IS ORDERED this action is DISMISSED with prejudice and Plaintiffs application to proceed in forma pauperis is DENIED.

July 10, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson